■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL C. WALLS, Appellant. [643 NYS2d 414]

The defendant's convictions were based on an incident in which a prostitute was held against her will for three days and was repeatedly sexually and physically assaulted.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see,* CPL 470.05 [2];

*People v Gray,* 86 NY2d 10, 19). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.